**FOR PUBLICATION  IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000175
20-MAY-2022
08:04 AM
Dkt. 133 OCOR**

NOS.  CAAP-20-0000175 AND CAAP-20-0000589

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

**CAAP-20-0000175**
STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
BRANDON FETU LAFOGA, Defendant-Appellant,
and
RANIER INES, ALSO KNOWN AS SCHIZO,
Defendant-Appellee

AND

**CAAP-20-0000589**
STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
RANIER INES, ALSO KNOWN AS SCHIZO,
Defendant-Appellant,
and
BRANDON FETU LAFOGA, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO.  1PC161001176)

ORDER OF CORRECTION
(By: Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the court, entered on April 27, 2022 (docket no. 131) in the above case is hereby corrected as follows:

---

[1]    Ginoza, Chief Judge, Leonard and Nakasone, JJ.

1.    On page 4, line eleven of the third paragraph, replace the word "freeway" with "Highway" so that as corrected, the text should read:

Waiʻanae via Nimitz Highway,

2.    On page 7, line fourteen of the second paragraph, delete "Id. at 21." so that as corrected, the line should read:

took the man "up the valley."  Lafoga said that he

3.    On page 23, the last line of the second paragraph, delete the period after "16", so that as corrected, the line should read:

Id. at 522, 928 P.2d at 16 (emphasis and footnote added)

4.    On page 33, line nine, replace "Lafoga" with Stout so that as corrected, the line should read:

Steinemann testified that Stout had at least four gunshot

5.    On page 36, at the end of footnote sixteen, delete the extra space between footnotes sixteen and seventeen.

6.    On page 42, footnote twenty-one, line one of the fifth paragraph, add another space between the number "1." and the word "Has" so that as corrected, the line should read:

1.  Has the prosecution proved beyond a reasonable

7.    On page 48, line one of footnote twenty-eight, delete the space between the comma and quotation mark, and insert a space before "repeatedly" so as corrected the text should read:

"Sentencing of Repeat Offenders," repeatedly

8.    On page 54, in the column on the left, under "On the briefs" insert (Keith S. Shigetomi on the briefs) under Kai Lawrence so that as corrected, the lines should read:

Kai Lawrence
(Keith S. Shigetomi
on the briefs)
for Defendant-Appellant
Ranier Ines

**FOR PUBLICATION  IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, May 20, 2022.

/s/ Karen T. Nakasone
Associate Judge